IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAY 4 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANEY ANN BOLAND,<br><br>Defendant. | CR 17-100-BLG-SPW-1<br><br>ORDER |

Upon Defendant's Motion to File Document Under Seal (Doc. 82), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Sentencing Memorandum shall be filed under seal for viewing only by the Court, Assistant United States Attorney and defense counsel.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 3rd day of May, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1